```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 51576
    KAREN GRIFFIN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-0353


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/24/2003 and was confirmed 02/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 05/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT        SECURED           11170.00       3194.17       11170.00
TOYOTA MOTOR CREDIT        UNSECURED          1946.26          .00         1946.26
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00          .00             .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE     1760.64           .00         1760.64
BANK ONE                   UNSECURED         NOT FILED         .00             .00
CITY OF CHICAGO PARKING    UNSECURED OTH      245.00           .00          244.27
TCF BANK                   UNSECURED         NOT FILED         .00             .00
LEGAL HELPERS PC           DEBTOR ATTY       1,400.00                     1,400.00
TOM VAUGHN                 TRUSTEE                                        1,128.96
DEBTOR REFUND              REFUND                                             3.70


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  20,848.00

PRIORITY                                               .00
SECURED                                          12,930.64
    INTEREST                                      3,194.17
UNSECURED                                         2,190.53
ADMINISTRATIVE                                    1,400.00
TRUSTEE COMPENSATION                              1,128.96
DEBTOR REFUND                                         3.70
                         ---------------    ---------------
TOTALS                   20,848.00               20,848.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 03 B 51576 KAREN GRIFFIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                                                  PAGE   2
        CASE NO. 03 B 51576 KAREN GRIFFIN